IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GENE COGGINS,                      )
                                   )
      Plaintiff,               )
                                   )
v.                                 )       CIV. ACT. NO.  3:12-cv-205-MHT
                                   )                    (WO)
TOWN OF JACKSON'S GAP ,            )
                                   )
      Defendant.               )

**ORDER**

On June 1, 2012, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. No. 15) is adopted.

DONE, this the 27th day of July, 2012 .


        /s/   Myron H. Thompson
UNITED STATES DISTRICT JUDGE